472 A.2d 269

Kline, et al. v. Kohl, et ux.

Appeal of Oliver W. Kohl and Ruth Kohl, Marlin D. Carey and Shirley Carey.

Argued November 29, 1983. Barry Lee Smith, for appellants; John S. Kookogey, for appellees.

Before ROWLEY, WIEAND and HESTER, JJ.

Order and judgment affirmed.

WIEAND, J., filed a memorandum dissenting statement.